UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Kevin Rhea Hill
          Plaintiff,

v.                                          Case No.: 1:16cv-11375
                                                Honorable Andrea R. Wood

R. Gomez, et. al.
          Defendant.

## MOTION TO WITHDRAW

**NOW COMES** Attorney Mary Ann Covone, of Mary Ann Covone, P.C., petitioning this Honorable Court to immediately withdraw from representation of the plaintiff in this matter. In support of this motion, under oath, Mary Ann Covone states:

1. On Friday, October 20, 2017, this Honorable Court assigned Mary Ann Covone, P.C. to represent plaintiff in the above captioned matter.

2. Mary Ann Covone, P.C. is a law firm with only one attorney, Mary Ann Covone, and a part-time assistant.

3. Although I have maintained membership in the federal trial bar, I have had no occasion to practice in the federal court since 2002-03, and I have never tried a case in federal court.

4. I have no experience or knowledge in the area of law upon which this plaintiff's case is based.

5. My practice is very small and local to Western Springs and the surrounding suburbs.

6. Additionally, on July 13, my 21-year-old daughter's best friend (also 21 years old) was hit by a car in St. Louis and suffered a very severe traumatic brain injury.

7. To date, she has still not regained consciousness.

8. This girl essentially grew up in my home as much as she did in her own home. Our families are very close, and my daughter and I are living this tragedy with their family and assisting in any way possible.

9. We spent several weeks in St. Louis at the time of the injury, until the girl was transferred back to Chicago via a medical flight, and I was unable to work or earn income for most of the summer.

10. I am still emotionally involved with and physically present to the family every day.

11. Accepting responsibility for a *pro bono* matter, in an area of law in which I do not practice, in federal court where I have not practiced in many years, would require a significant amount of study and research for me to adequately represent the plaintiff and as a result, would create a financial hardship.

12. Currently, I am neither financially nor mentally prepared for this challenge.

13. As a result, considering my current circumstances, I do not believe I could provide adequate representation to this plaintiff.

14. Although I have maintained membership in the trial bar for many years, if deemed necessary by this Court, I will withdraw my name from the federal trial bar membership role.

WHEREFORE, Attorney, Mary Ann Covone, and Mary Ann Covone, P.C., pray that this court relieve them of any responsibility in this matter and grant leave to withdraw to Mary Ann Covone and her firm.

Respectfully submitted,

Mary Ann Covone

Attorney #6206727
Mary Ann Covone
915 W. 55th St., Suite 202
Western Springs, Illinois 60558
708-246-4911